SUE P. FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6533
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Juan Francisco Eguizabal Valiente, Sandra Patricia Lopez de Eguizabal, Oscar Geovanny Eguizabal Lopez, Josue Arturo Eguizabal Lopez, and Emanuel Isaac Eguizabal Lopez,<br><br>         Plaintiffs,<br><br>         v.<br><br>Loren K. Miller, Alejandro Mayorkas, and Ur Mendoza Jaddou,<br><br>         Defendants. | Case No. 2:24-cv-02415-JCM-MDC<br><br>**Stipulation and Order to Extend Time to Answer**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiffs Juan Francisco Eguizabal Valiente, Sandra Patricia Lopez de Eguizabal, Oscar Geovanny Eguizabal Lopez, Josue Arturo Eguizabal Lopez, and Emanuel Isaac Eguizabal Lopez, and Federal Defendants Loren K. Miller, Alejandro Mayorkas, and Ur Mendoza Jaddou, through undersigned counsel, hereby stipulate and agree as follows:

Plaintiffs filed their Complaint for Declaratory and Injunctive Relief and for Writ of Mandamus on December 30, 2024. ECF No. 1.

Plaintiffs served Federal Defendants with a copy of the Summons and Complaint via certified mail on January 10, 2025.

The current deadline for Federal Defendants to respond to Plaintiffs' Complaint is March 11, 2025.

On March 7, 2025, undersigned counsel for Plaintiffs and Federal Defendants agreed to a 45-day extension of time for Federal Defendants to review the record and continue gathering information from agency counsel, as well as insulate against any delays from a potential government shutdown. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Accordingly, the parties, through undersigned counsel, submit this stipulation to a 45-day extension from March 11, 2025, to **April 25, 2025**, for Federal Defendants to file a response to the Complaint. This is Federal Defendants' first request for an extension of time.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 11th day of March 2025.

| | |
|---|---|
| QUIROGA LAW OFFICE, PLLC | SUE P. FAHAMI<br>Acting United States Attorney |
| */s/ Maria E. Quiroga*<br>MARIA E. QUIROGA<br>Nevada Bar No. 13939<br>7935 W. Sahara Ave., Ste. 103<br>Las Vegas, NV 89117 | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |
| *Attorney for Plaintiffs* | *Attorneys for the Federal Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-12-25