Maria E. Quiroga
Nevada State Bar Number: 13939
7935 W. Sahara Ave
Suite #103
Las Vegas, Nevada 89117
Tel (702) 972-8348
Maria@QuirogaLawOffice.com

*Attorney for the Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **JUAN FRANCISCO EGUIZABAL VALIENTE, SANDRA PATRICIA LOPEZ DE EGUIZABAL, OSCAR GEOVANNY EGUIZABAL LOPEZ, JOSUE ARTURO EGUIZABAL LOPEZ, and, EMANUEL ISAAC EGUIZABAL LOPEZ,**  <br><br>   Plaintiffs,<br><br> v.<br><br>**LOREN K. MILLER, ALEJANDRO MAYORKAS, UR MENDOZA JADDOU,**<br><br>   Defendants. | Case No.: 2:24-cv-02415-JCM-MDC<br><br>**MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure and Rule IA 6-1(a) of this Court's Local Rules, Plaintiffs Juan Francisco Eguizabal Valiente, Sandra Patricia Lopez De Eguizabal, Oscar Geovanny Eguizabal Lopez, Josue Arturo Eguizabal Lopez, and Emanuel Isaac Eguizabal Lopez, through undersigned counsel, hereby move this Honorable Court for an Order extending the time to file their response to Defendants' Motion to Dismiss their Complaint and state as follows:

1. Plaintiffs filed their Complaint on December 30, 2024.

2. Plaintiffs served Defendants with a copy of the Summons and Complaint via certified mail on January 10, 2025.

3. On March 11, 2025, Defendants filed their first stipulation to enlarge time to answer the complaint by 45 days, or until April 25, 2025, which this Court granted on March 12, 2025.

4. On April 24, 2025, Defendants filed a second stipulation to extend time to answer the Complaint, requesting a 21-day extension from April 25, 2025, to May 16, 2025. That stipulation was granted by this Court on April 25, 2025.

5. On May 13, 2025, Defendants filed a third stipulation to extend time to answer the Complaint by another 7 days, from May 16, 2025, to May 23, 2025. That stipulation was also granted by the Court on May 14, 2025.

6. On May 23, 2025, Defendants filed their Motion to Dismiss Plaintiffs' Complaint.

7. Following its review of the Motion to Dismiss, Plaintiffs determined the appropriate response would be to amend the complaint pursuant to F.R.C.P. 15(a), to address/cure the putative issues raised in the Motion.

8. Plaintiffs calendared the deadline for filing the amended complaint as June 13, 2025, pursuant to F.R.C.P. 15(a)(1)(B), which prescribes a 21-day time frame for filing an amended complaint in response to a 12(b) motion.

9. Unfortunately, due to an administrative error, the Plaintiffs overlooked the notation on the Docket Sheet in this matter that set the deadline for responding to the Motion to Dismiss as June 6, 2025.

10. Plaintiffs have only today learned of their oversight. They had already determined the need to file a motion for an extension of time to respond to the Motion to Dismiss as of

last week, when they believed the deadline was June 13, 2025, because the press of other business, including two intervening briefs to the Ninth Circuit Court of Appeals, necessitated additional time until June 20, 2025. They had reached out to opposing counsel on May 30th, 2025, to determine whether Defendants would stipulate to such extension. They did not hear back from opposing counsel until today. Opposing counsel alerted them to their error.

11. Pursuant to F.R.C.P. 6(b)(1)(A) and Local Rule IA 6-1(a), this Court may grant a motion for extension of deadline filed after the original deadline has expired if the movant demonstrates "excusable neglect."

12. Plaintiffs calendared their deadline as June 13, 2025, based on the explicit 21-day time period set forth in F.R.C.P. 15(a)(1)(B). The docket sheet, however, set the deadline as June 6, 2025. Owing to an administrative error, Plaintiffs did not catch this discrepancy until today. This was a good faith mistake, amounting to excusable neglect.

13. This is Plaintiff's first request for an extension of time.

14. Although Plaintiffs have consented to each of three extensions of time for Defendants to answer their Complaint, totaling an additional 73 days, Defendants have declined to consent to this – Plaintiff's first – extension Motion.

15. Plaintiffs seek an extension of fourteen days from June 6, 2025, or until June 20, 2025, to file their response to the Motion to Dismiss, which shall be an Amended Complaint as of course, pursuant to F.R.C.P. 15(a)(1)(B).

This request is filed in good faith and not for the purpose of delay.

1   Respectfully submitted this 11th day of June, 2025.

2

3                                               QUIROGA LAW OFFICE, PLLC

4                                               */s/ Maria E. Quiroga*
                                                Maria E. Quiroga
5                                               Nevada State Attorney ID #13939
                                                7935 W Sahara Ave
6                                               Suite #103
                                                Las Vegas, NV 89117
7                                               Tel: (702) 972-8348
                                                Maria@QuirogaLawOffice.com
8
                                                *Attorney for the Plaintiffs*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Extend Time to File Response to Defendant's Motion to Dismiss and Order were served via electronic mail on this 11th day of June, 2025, on the following:

Virginia Tomova
Assistant U.S. Attorney
501 Las Vegas Blvd. So., Ste. 1100
Las Vegas, Nevada 89101
Virginia.Tomova@usdoj.gov

/s/ Maria E. Quiroga
Maria E. Quiroga

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **JUAN FRANCISCO EGUIZABAL VALIENTE, et al.,** )<br>)<br>) | )<br>) 2:24-cv-02415-JCM-MDC |
| Plaintiffs, ) | ) |
| v.   ) | ) ORDER |
| **LOREN K. MILLER, et al.,** ) | ) |
| Defendants. ) | ) |

Plaintiffs' Motion for Extension having been read and considered, good cause having been shown therefor, it is, this __13th__ day of June, 2025, hereby,

ORDERED, that Plaintiffs' motion is GRANTED, and it is further, hereby,

ORDERED, that Plaintiffs' shall have until June 20, 2025, to file their response to Defendants' Motion to Dismiss.

SO ORDERED   June 13, 2025.

_____
UNITED STATES DISTRICT JUDGE