1  SIGAL CHATTAH
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 8264
3
4  VIRGINIA T. TOMOVA
   Assistant United States Attorney
   Nevada Bar No. 12504
5  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6533
   Virginia.Tomova@usdoj.gov
7
   *Attorneys for the Federal Defendants*
8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10 | Juan Francisco Eguizabal Valiente, Sandra Patricia Lopez de Eguizabal, Oscar Geovanny Eguizabal Lopez, Josue Arturo Eguizabal Lopez, and Emanuel Isaac Eguizabal Lopez, | Case No. 2:24-cv-02415-JCM-MDC
11 | | **Stipulation and Order to Extend Time to Answer Plaintiffs' Amended Complaint (ECF No. 26)**
12 | |
13 | Plaintiffs, | **(First Request)**
14 | v. |
15 | Loren K. Miller, Alejandro Mayorkas, and Ur Mendoza Jaddou, |
16 | |
17 | Defendants. |

18      Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of
19 this Court's Local Rules, Plaintiffs Juan Francisco Eguizabal Valiente, Sandra Patricia
20 Lopez de Eguizabal, Oscar Geovanny Eguizabal Lopez, Josue Arturo Eguizabal Lopez,
21 and Emanuel Isaac Eguizabal Lopez, and Federal Defendants Loren K. Miller, Kristi
22 Noem, and Angelica Alfonso Royals, through undersigned counsel, hereby stipulate and
23 agree as follows:
24      Plaintiffs filed their Amended Complaint for Declaratory and Injunctive Relief on
25 August 21, 2025. ECF No. 26.
26      The current deadline for Federal Defendants to respond to Plaintiffs' Amended
27 Complaint is September 4, 2025.
28

1  On August 27, 2025, undersigned counsel for Plaintiffs and Federal Defendants agreed to a 14-day extension of time for Federal Defendants answer the amended complaint, to accommodate undersigned AUSA's heavy workload and medical leave through the end of August. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Accordingly, the parties, through undersigned counsel, submit this stipulation to a 14-day extension from September 4, 2025, to **September 18, 2025**, for Federal Defendants to file a response to the Amended Complaint. This is Federal Defendants' first request for an extension of time to respond to the Amended Complaint.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 27th day of August 2025.

| | |
|---|---|
| QUIROGA LAW OFFICE, PLLC | SIGAL CHATTAH<br>Acting United States Attorney |
| /s/ *Maria E. Quiroga*<br>MARIA E. QUIROGA<br>Nevada Bar No. 13939<br>7935 W. Sahara Ave., Ste. 103<br>Las Vegas, NV 89117 | /s/ *Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br><br>*Attorneys for the Federal Defendants* |
| *Attorney for Plaintiffs* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 8-29-25

2