Maria E. Quiroga
Nevada State Attorney ID #13939
7935 W Sahara Ave
Suite #103
Las Vegas, NV 89117
Tel: (702) 972 8348
Maria@quirogalawoffice.com

*Attorney for the Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Juan Francisco Eguizabel Valiente et al.,** | **CIVIL ACTION NO. 2:24-cv-02415-JCM-MDC** |
| **Plaintiffs,** | |
| **v.** | **JOINT STIPULATION FOR DISMISSAL OF CASE WITHOUT PREJUDICE AND ORDER** |
| **Loren K. Miller et al.,** | |
| **Defendants.** | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Juan Francisco Eguizabal Valiente, Sandra Patricia Lopez De Eguizabal, Oscar Geovanny Eguizabal Lopez, Josue Arturo Eguizabal Lopez, and Emanuel Isaac Eguizabal Lopez, by and through their attorney, respectfully submit this Joint Stipulation for Dismissal of Case Without Prejudice.

This Stipulation seeks to dismiss all claims against all Defendants. At this time, Defendants have adjudicated what was requested in Plaintiffs' Complaint, and Plaintiffs' claims are now moot. The parties further agree that upon dismissal, each party is to bear its own fees and costs for litigation on this case.

Respectfully submitted on March 9, 2026.

By:/s/Maria E. Quiroga                    By: /s/Virginia T. Tomova
Maria E. Quiroga                          Virginia T. Tomova
*Attorney for the Plaintiffs*             *Assistant United States Attorneys*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Juan Francisco Eguizabel Valiente et al.,** | **CIVIL ACTION NO. 2:24-cv-02415-JCM-MDC** |
| **Plaintiffs,** | |
| **v.** | **ORDER** |
| **Loren K. Miller et al.,** | |
| **Defendants.** | |

The Joint Stipulation for Dismissal Without Prejudice having been read and considered, IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

Each party shall bear its own fees and costs.

SO ORDERED.                    DATED: March 12, 2026.

_____
THE HONORABLE JUDGE JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I electronically filed the foregoing JOINT STIPULATION FOR DISMISSAL OF CASE WITHOUT PREJUDICE AND PROPOSED ORDER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| NAME & ADDRESS | Method of Delivery |
| --- | --- |
| *Attorney for Defendants*,<br><br>**Sigal Chattah**<br>**United States Attorney**<br><br>**Virginia T. Tomova**<br>**Assistant United States Attorney** | ☒ CM/ECF System<br>☐ Electronic Mail at:<br>☐ U.S. Mail<br>☐ Other: _____ |

/s/ Maria E. Quiroga
Maria E. Quiroga

4